## IN RE HILL.

(No. 3,924.)

(Submitted September 18, 1916.  Decided October 7, 1916.)

[160 Pac. 349.]

(For syllabus, see *In re Palm, ante,* p. 558.)

Application of Aaron Hill for writ of *habeas corpus.* Proceeding dismissed.

*Messrs. McCormick & Russell,* for Complainant.

*Mr. J. B. Poindexter,* Attorney General, and *Mr. W. H. Poorman,* Assistant Attorney General, for the State.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The facts in this case are identical with those involved in the application of Jack Palm, just determined. Upon the authority of that decision this proceeding is dismissed and the petitioner is remanded to the custody of the sheriff of Missoula county, to be dealt with according to law.

*Dismissed.*

MR. JUSTICE SANNER concurs.

MR. CHIEF JUSTICE BRANTLY, being absent, takes no part in the foregoing decision.